```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHRISTOPH GROMER, an individual,                           :
                                                           :
                                Plaintiff,                 :
                                                           :        24-CV-2138 (VSB)
                -against-                                  :
                                                           :            ORDER
IS COMPANY LLC, a Delaware limited                         :
liability company d/b/a IAN SCHRAGER                       :
COMPANY; and DOES 1-10,                                    :
                                                           :
                                Defendants.                :
                                                           :
----------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on March 21, 2024, (Doc. 1), and filed an affidavit of service on March 25, 2024, (Doc. 8).  The deadline for Defendant IS Company LLC to respond to Plaintiff's complaint was April 15, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 10, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  April 26, 2024
        New York, New York

*[signature: Vernon Broderick]*
_____
VERNON S. BRODERICK
United States District Judge